# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 20, 2023

## NO. 03-23-00382-CR

**John Castilleja Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.